359 A.2d 913

COMMONWEALTH

v.

FORD, Appellant.

Submitted February 17, 1976. Robert L. Potter, Trial Defender, and Ralph J. Cappy, Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, and Robert E. Colville, District Attorney, for Commonwealth, appellee.

Order affirmed.

360 A.2d 661

COMMONWEALTH

v.

FORD, Appellant.

Submitted February 9, 1976. Lee Mandell, for appellant; Steven H. Goldblatt, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.